IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHNNY L. WILSON, #A82195, | ) |
| | ) |
| Plaintiff, | )  Case No. 23-cv-106-RJD |
| | ) |
| v. | ) |
| | ) |
| PATRICK A. RIGGS, | ) |
| | ) |
| Defendant. | ) |

### ORDER RECRUITING COUNSEL

**DALY, Magistrate Judge:**[1]

This matter is before the Court on Attorney Danny E. Glass' Motion to Be Excused from Order Recruiting Counsel and Motion to Withdraw Appearance (Doc. 35). For good cause shown, the motion is **GRANTED**, and Attorney Glass is **TERMINATED** from this action.

Because the circumstances warranting recruitment of standby counsel remain unchanged, the Court, sua sponte, assigns **Attorney Jarred Reed of Lewis Brisbois Bisgaard & Smith, LLP** to serve as **STANDBY COUNSEL** for Plaintiff. Attorney Reed shall perform the following duties:

- Attend the final pretrial conference and trial;
- Explain courtroom procedure and rules to Plaintiff;
- Track exhibits admitted into evidence;
- Explain relevant legal concepts;

---

[1] This case has been assigned to the undersigned to conduct all proceedings, including trial and entry of final judgment, through the parties' full consent in accordance with the provisions of Title 28 U.S.C. Section 636(c) and Federal Rule of Civil Procedure 73. (Doc. 15)

- At Plaintiff's request, provide opinions regarding trial strategy and potential objections;

- Appear at sidebar (with or without Plaintiff at the Court's discretion); and

- Perform any other reasonable case-related actions at the Court's instruction.

Attorney Reed shall NOT perform the following:

- Give opening statement or closing argument;

- Speak for or make arguments on behalf of Plaintiff;

- Direct or cross-examine witnesses;

- Make objections or motions during trial;

- Prepare and/or file any written motion or pleading on behalf of Plaintiff;

- Speak for Plaintiff in the presence of the jury; and

- Communicate with the Court outside the presence or knowledge of Plaintiff.

The Clerk of Court is **DIRECTED** to transmit this Order along with the Order found in docket entry 34, to Attorney Reed at Lewis Brisbois Bisgaard & Smith LLP, 103 W. Vandalia St., Suite 300, Edwardsville, IL 62025, and at Jarred.Reed@lewisbrisbois.com.  Attorney Reed shall enter his appearance on or before **October 17, 2025**.

Once Attorney Reed enters his appearance, this case will be set for a status conference via video to establish a new trial date.

**IT IS SO ORDERED.**

**DATED: October 3, 2025**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**